# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 18-15916-AMC

ANIBAL  CALLE

110 WALNUT STREET

COATESVILLE, PA 19320

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANIBAL  CALLE

  110 WALNUT STREET

  COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

  MARK A. CRONIN ESQ
  26 S. CHURCH ST.

  WEST CHESTER, PA 19382-

Date: 11/26/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee