**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

IN RE: Anibal Calle  :  Chapter 13
:
Debtor.  :  Bankruptcy No. 18-15916-amc

## **NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of L. Anthony DiJiacomo, III, Esquire (Bar Id. No. 321356), on behalf of Creditors, Lalit and Anjali Verma in regards to the above-captioned matter.

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo, III*
L. Anthony DiJiacomo, Esquire
*Attorney for Creditors, Amjali Verma*
*and Lalit K. Verma*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: Anibal Calle | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankruptcy No. 18-15916-amc |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 23rd day of June, 2022, a true and correct copy of the foregoing Notice of Appearance was served via ECF upon the following parties:

Mark A. Cronin, Esq.
26 S. Church Street
West Chester, PA 19382

Jack K. Miller, Esq.
The Bouse Bldg.
111 S. Independence Mall E.
Philadelphia, PA 19106

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo, III*
L. Anthony DiJiacomo, Esquire
*Attorney for Creditors, Amjali Verma*
*and Lalit K. Verma*